**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

JOSE LUIS GOMEZ-SEGURA,

      Petitioner,

v.                                    Case No. 2:25-cv-3134-MSN-tmp

SCOTT LADWIG,

      Respondent.

---

**ORDER GRANTING MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS
CORPUS AND TERMINATE CASE WITHOUT PREJUDICE**

---

Petitioner Jose Luis Gomez-Segura, an alien who was detained in the West Tennessee Detention Facility in Mason, Tennessee, moves to withdraw his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1).  (ECF No. 14, "Motion to Withdraw.")  According to the Motion to Withdraw, Petitioner was granted a voluntary departure on March 24, 2026, by Immigration Judge Ryan Thompson.  The Court finds the Motion to Withdraw well taken, and it is **GRANTED**.  This matter is **DISMISSED** without prejudice.  Judgment will be entered accordingly.

      **IT IS SO ORDERED**, this 8th day of April, 2026.

                                  *s/ Mark S. Norris*
                                  MARK S. NORRIS
                                  UNITED STATES DISTRICT JUDGE